466 A.2d 707

Commonwealth v. Jackson, Appellant.

Submitted May 20, 1983. Stanley P. Stern, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Affirmed.